UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MURVIN DURKEE<br><br>  Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, NA<br><br>  Defendant. | Case No. 2:23-cv-04672-SB-MAA<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

  On July 10, 2023, Plaintiff filed proof that Defendant JPMorgan Chase Bank, NA was served on June 29, 2023. Dkt. No. 10. Defendant's responsive pleading was due on July 20, 2023. None has been filed, and Plaintiff has not sought entry of default. Plaintiff is ordered to show cause, in writing, no later than August 3, 2023, why his claims against Defendant JPMorgan Chase Bank, NA should not be dismissed for lack of prosecution.

  The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

  Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order. Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of the action in its entirety.

  IT IS SO ORDERED

Date: July 26, 2023

                 _____
                 Stanley Blumenfeld, Jr.
                 United States District Judge